IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 5:14-CR-71-MTT |
| ROBERT C. VESSELS, JR. | VIOLATION: 18 U.S.C. § 2250(a) |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Failure to Register as a Sex Offender – 18 U.S.C. § 2250(a))

That from on or about February 1, 2014, until on or about May 10, 2014, in the Macon Division of the Middle District of Georgia, the defendant,

ROBERT C. VESSELS, JR.,

being a person required to register under the Sex Offender Registration and Notification Act and having traveled in interstate commerce, did knowingly fail to update a registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*/s/ Paul C. McCommon III*
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __16th__ day of October, AD 2014.

_____
Deputy Clerk