IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA :
:
vs. : CRIMINAL NO. 5:14-CR-71 (MTT)
:
ROBERT C. VESSELS, JR. :
_____:

TO THE HONORABLE JUDGES OF SAID COURT:

The petition of the United States of America, by Michael J. Moore, United States Attorney for the Middle District of Georgia, respectfully shows:

1. That an Indictment has been returned by the Grand Jury for the Middle District of Georgia, against said defendant, being numbered as above, and charging him with Failure to Register as a Sex Offender, Title 18, United States Code, Section 2250(a).

2. That ROBERT C. VESSELS, JR. (Black Male, YOB: 1975) is now confined at the Dooly County Jail, Pinehurst, Georgia, in the custody of the Sheriff/Warden thereof, and is scheduled for his initial appearance/arraignment hearing in the above-stated case in the Middle District of Georgia which has been assigned for November 6, 2014, at 2:30 p.m. in Macon, Georgia, and it is necessary that said defendant be brought before the Honorable Court in the Middle District of Georgia at this time.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum duly issue, directed to the Sheriff/Warden of said institution, directing and requiring him to deliver the body of the said ROBERT C. VESSELS, JR. to the Marshal of the Middle District, or his lawful deputy, to be brought by his before the Honorable Court of the Middle District of Georgia not later than 2:30 p.m., November 6, 2014, aforesaid, and then to be returned to the custody whence he came when his presence is no longer required by this Court.

Respectfully submitted, this 20th day of October, 2014.

MICHAEL J. MOORE
UNITED STATES ATTORNEY


BY:   s/PAUL C. McCOMMON III
      Georgia Bar Number 484650
      Attorney for Plaintiff
      United States Attorney's Office
      Middle District of Georgia
      P.O. Box 1702
      Macon, Georgia  31202-1702
      Telephone:  (478) 752-3511
      Fax:  (478) 621-2655